JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS PEREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LIV TRANSPORATION, INC., an Illinois corporation; and DOES 1 through 35; inclusive,<br><br>Defendants. | **CASE NO. EDCV 14-1301-JVS (JEMx)**<br><br>[Assigned to Judge James V. Selna, Courtroom 10-C]<br><br>**JUDGMENT**<br><br>Complaint filed: April 29, 2014<br>Trial date: October 13, 2015 |

WHEREAS on October 13, 2015, the above-captioned case came on for trial before the above-entitled Court the Honorable James V. Selna, United States District Judge, presiding, and a duly empanelled jury; and

WHEREAS the trial of the action was bifurcated by the Court on the issue of punitive damages, and Phase I of the trial was duly tried before the jury; and

WHEREAS on October 22, 2015, the jury rendered its verdict as follows:

    1.    In favor of Plaintiff Jose Perez and against Defendant LIV Transportation, Inc. on Plaintiff's claims for wrongful termination in violation of public policy and retaliation pursuant to California Labor Code § 1102.5;

    2.    LIV Transportation, Inc. engaged in conduct that constituted malice, oppression, or fraud.

WHEREAS prior to Phase II of the trial, the parties mutually agreed to a confidential amount pursuant to a mutually agreeable settlement agreement that effects a full resolution of any and all claims existing between Plaintiff Jose Perez and Defendant LIV Transportation, Inc., which was placed on the record;

WHEREAS the Court dismissed the jury on October 22, 2015;

NOW, IN LIGHT OF THE FOREGOING, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that judgment is entered as follows:

1. In favor of Plaintiff Jose Perez and against Defendant LIV Transportation, Inc. on Plaintiff Jose Perez's claims for wrongful termination in violation of public policy and retaliation pursuant to California Labor Code § 1102.5;

2. The Court will retain jursidcition over the matter solely to address enforcement of the settlement agreement.

DATED: November 9, 2015   By: _____

                                            Hon. James V. Selna
                                            United States District Court Judge